**Nos. 2023-1111, 2023-1170**

*In the*

# United States Court of Appeals

*for the*

# Federal Circuit

**CLOUDOFCHANGE, LLC,**

*Plaintiff-Cross-Appellant,*

v.

**NCR CORPORATION,**

*Defendant-Appellant.*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
CASE NO. 6:19-cv-00513-ADA

**APPELLANT NCR CORPORATION'S UNOPPOSED
MOTION FOR EXTENSION OF TIME**

**MCDERMOTT WILL & EMERY LLP**
Paul W. Hughes
Adam W. Burrowbridge
500 North Capitol Street, NW
Washington, DC 20001-1531
(202) 756-8797
phughes@mwe.com
aburrowbridge@mwe.com

Attorneys for Defendant-Appellant
NCR CORPORATION

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

| | |
|---|---|
| **Case Number** | 23-1111, 2023-1170 |
| **Short Case Caption** | CloudofChange, LLC v. NCR Corporation |
| **Filing Party/Entity** | NCR Corporation |

**Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box.** Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 8/31/2023

Signature: /s/ Paul W. Hughes

Name: Paul W. Hughes

i

FORM 9. Certificate of Interest

Form 9 (p. 2)
July 2020

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| NCR Corporation | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

FORM 9. Certificate of Interest

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable          ☐ Additional pages attached

| | | |
|---|---|---|
| Charles E. Phipps<br>Locke Lord LLP | Daniel G. Nguyen<br>Locke Lord LLP | Donald E. Frechette<br>Locke Lord LLP |
| Scarlett Collings<br>Locke Lord LLP | Steven F. Meyer<br>Locke Lord LLP | Charles S. Baker<br>Locke Lord LLP |
| | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐ None/Not Applicable          ☐ Additional pages attached

| | | |
|---|---|---|
| Lightspeed Commerce Inc. v. Cloudofchange LLC, IPR2022-00779 | CloudofChange, LLC v. Clover Network, Inc., 3:23-cv-03005 | |
| Lightspeed Commerce Inc. v. Cloudofchange LLC, IPR2022-00997 | Clover Network, LLC v. CloudofChange, LLC, IPR2023-00232, IPR2023-00288 | |
| CloudofChange, LLC v. Lightspeed POS Inc. 6:21-cv-01102-ADA | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable          ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

## NCR'S UNOPPOSED MOTION FOR
## AN EXTENSION OF TIME

Pursuant to Federal Rule of Appellate Procedure 26(b) and this Court's Rule 26(b), Appellant NCR Corporation ("NCR") respectfully moves for an extension of time of 7 days to file the Joint Appendix, to and including September 8, 2023. Absent an extension, the Joint Appendix would be due on September 1, 2023. Because the requested extension is being sought less than 7 days before the deadline, a declaration of counsel showing good cause and extraordinary circumstances accompanies this motion.

Under Federal Rule of Appellate Procedure 26(b), "[f]or good cause, the court may extend the time prescribed by these rules" for a party to file an appendix. There is good cause and extraordinary circumstances for this unopposed motion, as set forth below:

1. CloudofChange, LLC ("CloudofChange") filed their reply brief a week before the required deadline, which unexpectedly moved the anticipated Joint Appendix filing deadline forward one week.

2. Undersigned counsel had principal responsibility for, among other things, the following commitments:

- *Lovo v. Miller* (No. 23-1571, 4th Cir.); Reply brief filed on August 25, 2023.

- *Sam's West v. Cook County* (No. 2021-L-50523, Cook Cty.); Proposed opinion filed on August 25, 2023.

- *Santos-Zacaria v. Garland* (No. 19-60355, 5th Cir.); Supplemental Reply Brief filed on August 28, 2023.

3.    The requested extension until September 8, 2023, will ensure that counsel has sufficient time for the parties to accurately prepare and review the Joint Appendix.

4.    NCR respectfully submits that an extension will not cause any prejudice.

5.    Counsel for NCR conferred with counsel for CloudofChange. CloudofChange does not oppose this extension of time.

6.    NCR has not previously had any extension with respect to this appendix.

For the foregoing reasons, NCR respectfully requests that its motion for an extension of time be granted and that the Court permit the filing of NCR's brief on or before September 8, 2023.

Dated: August 31, 2023          **MCDERMOTT WILL & EMERY LLP**

By:  */s/ Paul W. Hughes*
    Paul W. Hughes
    Adam W. Burrowbridge
      *McDermott Will & Emery LLP*
      *500 North Capitol Street NW*
      *Washington, DC 20001-1531*
      *(202) 756-8981*

    Attorneys for Defendant-Appellant
    NCR CORPORATION

FORM 19. Certificate of Compliance with Type-Volume Limitations

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS</u>

**Case Number:** 23-1111, 2023-1170

**Short Case Caption:** CloudofChange, LLC v. NCR Corporation

> **Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes 313 words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 08/31/2023

Signature: /s/ Paul W. Hughes

Name: Paul W. Hughes

Save for Filing

**Nos. 2023-1111, 2023-1170**

*In the*

# United States Court of Appeals

*for the*

## Federal Circuit

**CLOUDOFCHANGE, LLC,**

*Plaintiff-Cross-Appellant,*

v.

**NCR CORPORATION,**

*Defendant-Appellant.*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
CASE NO. 6:19-cv-00513-ADA

**DECLARATION OF PAUL W. HUGHES IN SUPPORT OF
APPELLANT NCR CORPORATION'S UNOPPOSED
MOTION FOR EXTENSION OF TIME**

**MCDERMOTT WILL & EMERY LLP**
Paul W. Hughes
Adam W. Burrowbridge
500 North Capitol Street, NW
Washington, DC 20001-1531
(202) 756-8797
phughes@mwe.com
aburrowbridge@mwe.com

Attorney for Defendant-Appellant
NCR CORPORATION

I, Paul W. Hughes, declare and state as follows:

1.    I am a partner in the law firm of McDermott Will & Emery LLP, and counsel of record for Appellant NCR Corporation ("NCR") in the above-captioned matter. I submit this declaration in support of NCR's unopposed motion for extension of time to file the Joint Appendix.

2.    CloudofChange, LLC ("CloudofChange") filed their reply brief a week before the required deadline, which unexpectedly moved the anticipated Joint Appendix filing deadline forward one week.

3.    Leading up to the current deadline of September 1, 2023, counsel for NCR has had principal responsibility for, among other things, the following commitments:

- *Lovo v. Miller* (No. 23-1571, 4th Cir.); Reply filed on August 25, 2023.

- *Sam's West v. Cook County* (No. 2021-L-50523, Cook Cty.); Proposed opinion filed on August 25, 2023.

- *Santos-Zacaria v. Garland* (No. 19-60355, 5th Cir.); Supplemental Reply Brief filed on August 28, 2023.

4.    The requested extension until September 8, 2023, will ensure that the parties have sufficient time to accurately prepare and review the Joint Appendix.

5.     NCR respectfully submits that an extension will not cause any prejudice.

6.     Counsel for NCR conferred with counsel for CloudofChange. CloudofChange does not oppose the proposed 7-day extension of time.

7.     NCR has not previously sought any extension of time for the appendix.

8.     This request for additional time is brought in good faith. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 31, 2023          **MCDERMOTT WILL & EMERY LLP**

By:   */s/ Paul W. Hughes*
Paul W. Hughes

Attorney for Defendant-Appellant
NCR CORPORATION

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 31, 2023, the foregoing document was filed using the Court's CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

Dated: August 31, 2023      **MCDERMOTT WILL & EMERY LLP**

By:   */s/Paul W. Hughes*
Paul W. Hughes
Adam W. Burrowbridge

Attorneys for Defendant-Appellant
NCR CORPORATION